J59WencC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                           19 Cr. 118 (RA)

JESUS WILFREDO ENCARNACION,
    a/k/a "Jihadistsoldgier,"
    a/k/a "Jihadinhear,"
    a/k/a "Jihadinheart,"
    a/k/a "Lionofthegood,"

              Defendant.
                                           Conference
------------------------------x

                                         New York, N.Y.
                                         May 9, 2019
                                         11:00 a.m.
Before:


                  HON. RONNIE ABRAMS,

                                         District Judge

                      APPEARANCES

GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York
BY: KIMBERLY J. RAVENER
    Assistant United States Attorney

DAVID E. PATTON
    Federal Defenders of New York, Inc.
    Attorney for Defendant
BY: SARAH BAUMGARTEL
    Assistant Federal Defender


Also Present:  Special Agent Seth Yockel, FBI
```

1          (Case called)

2          MS. RAVENER:  Good morning, your Honor.  Kimberly
3  Ravener, for the government, and joining me at counsel table is
4  Special Agent Seth Yokel of the FBI.

5          THE COURT:  Good morning.

6          MS. BAUMGARTEL:  Good morning.  Sarah Baumgartel, for
7  the Federal Defenders, on behalf of Mr. Encarnacion.

8          THE COURT:  Good morning.

9          Do you want to provide me a status update and proposal
10  with respect to next steps?

11         MS. RAVENER:  Yes.  Thank you, your Honor.

12         The government has substantially completed its
13  production of discovery.  We've been in contact with defense
14  counsel regarding the potential for a disposition as well as
15  proposed next steps.  We understand from defense counsel that
16  they would like to request an additional 60 days from the Court
17  to set the next conference and then at that time we could
18  discuss setting a motion schedule.

19         MS. BAUMGARTEL:  Your Honor, that's correct.

20         The discovery in this case is somewhat voluminous.
21  We're still going through it.  In addition, Mr. Encarnacion has
22  a history of serious mental health issues, and there have been
23  some issues with getting his medication correct at the MCC.
24  He's had a number of medication changes and that's resulted in
25  some psychiatric symptoms, and so part of the delay has been in

1   him having adequate time for him to be able to work with me in
2   reviewing the discovery and making decisions in this case.
3           THE COURT:  Why don't we then put it off for 60 days.
4   How about July 12 at 4:00; does that work for everyone?
5           MS. RAVENER:  That's fine for the government, your
6   Honor.
7           MS. BAUMGARTEL:  Yes.
8           THE COURT:  Is the government seeking to exclude time
9   under the Speedy Trial Act?
10          MS. RAVENER:  Yes, your Honor, in order to permit the
11  defendant to review discovery with his counsel and also to
12  permit time for the parties to discuss the potential for a
13  pretrial disposition.
14          THE COURT:  All right.
15          And I assume you have no objection, Ms. Baumgartel.
16          MS. BAUMGARTEL:  No objection.
17          THE COURT:  I'll exclude the time from today until
18  July the 12th, pursuant to 18 U.S.C. Section 3161(h)(7)(A).  I
19  find that the ends of justice served by excluding such time
20  outweigh the interests of the public and the defendant in a
21  speedy trial because it will allow time for the defendant's
22  medication issues to be resolved and for him to be able to
23  communicate with his counsel, to review the discovery, to
24  decide whether or not he intends to make any motions and
25  discuss any possible disposition of the case.

J59WencC

1        Are there any other applications at this time?
2            MS. RAVENER:  No, your Honor.
3            MS. BAUMGARTEL:  No.  Thank you.
4            THE COURT:  Thank you.  We're adjourned.
5            MS. RAVENER:  Thank you.
6            (Adjourned).