**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2019

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Jesus Wilfredo Encarnacion**
        **19 Cr. 118 (RA)**

Dear Judge Abrams,

     I was informed by the government this afternoon that their mental health expert intends to meet with Mr. Encarnacion next week (though they declined to disclose the exact date). I had previously informed the government that I objected to any meeting with my client outside my presence, based on Mr. Encarnacion's statutory and constitutional rights. The government informed me today that they intend to proceed with an evaluation outside my presence. We respectfully request that the Court set a schedule for legal briefing regarding this matter and that any evaluation be postponed until the conclusion of that briefing and the Court's decision on the issue.

                                      Respectfully submitted,

                                      /s/ Sarah Baumgartel
                                      Sarah Baumgartel, Esq.
                                      Assistant Federal Defender
                                      Tel.: (212) 417-8772

cc:   AUSA Kimberly Ravener (by ECF)
        AUSA David Denton (by ECF)