USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JESUS WILFREDO ENCARCNACION,

Defendant.

No. 19-CR-118 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for November 15, 2019 at 2:30 p.m. to address the Government's request for production of all "'results or reports of any physical or mental examination' conducted prior to the defendant's arrest in this case that are in the defendant's possession." Gov't Ltr. at 3.

No later than end of day tomorrow, November 13, the Government shall provide an update to the Court as to the status of the declassification process and disclosure of materials that the Government previously said might be "relevant to a psychiatrist's determination" of Defendant's sanity. Dkt. 23.

SO ORDERED.

Dated:    November 12, 2019
          New York, New York

Ronnie Abrams
United States District Judge