UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X
                                        :
 UNITED STATES OF AMERICA               :
                                        :
        - v. -                          :
                                        :   19 Cr. 118 (RA)
 JESUS WILFREDO ENCARNACION,            :
     a/k/a "Jihadistsoldgier,"          :
     a/k/a "Jihadinhear,"               :
     a/k/a "Jihadinheart,"              :
     a/k/a "Lionofthegood,"             :
                                        :
                     Defendant.         :
- - - - - - - - - - - - - - - - - - - - X

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby provides notic(e to JESUS WILFREDO ENCARNACION, a/k/a "Jihadistsoldgier," a/k/a "Jihadinhear," a/k/a "Jihadinheart," a/k/a "Lionofthegood," the defendant, and to the Court, that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance conducted pursuant to the Foreign

Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50

U.S.C. §§ 1801-1812.

Dated:    November 20, 2019
          New York, New York

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                    By: _____
                              David W. Denton, Jr.
                              Kimberly J. Ravener
                              Assistant U.S. Attorneys