

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 6, 2019

MEMO ENDORSED

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19

Re: *United States v. Jesus Encarnacion*, 19 Cr. 118 (RA)

Dear Judge Abrams:

The Government respectfully writes, with the consent of the defense, to request that the pretrial conference currently scheduled for December 13, 2019 be adjourned to Monday, December 16, 2019 at 9:30 a.m., subject to the Court's availability. The Government further requests that time be excluded pursuant to the Speedy Trial Act until December 16, 2019. This additional time will permit the parties to meet and confer following the Court's recent orders with respect to the ongoing psychiatric examination of the defendant, among other things. *See* 18 U.S.C. § 3161(h)(l)(A), (h)(7)(A).

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By: *Kimberly J. Ravener*
David W. Denton, Jr.
Kimberly J. Ravener
Assistant United States Attorneys
(212) 637-2358/-2744

cc: Sarah Baumgartel, Esq.

The pretrial conference scheduled for December 13, 2019 is adjourned to Monday, December 16, 2019 at 9:00 a.m. Time is excluded until December 16, 2019 pursuant to the Speedy Trial Act.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 9, 2019