# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 10, 2019

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12/11/2019

Re: <u>United States v. Jesus Encarnacion</u>
19 Cr. 118 (RA)

Dear Judge Abrams,

I write in response to the Court's December 6, 2019 order that the parties propose a schedule for the disclosure of expert discovery. I have conferred with the government on this matter and the parties propose that the government make its expert disclosures by March 2, 2020, with defense expert disclosures to be made three weeks later. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel.: (212) 417-8772

cc: AUSA Kimberly Ravener (by ECF)
AUSA David Denton (by ECF)

---

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 11, 2019

**MEMO ENDORSED**