USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JESUS WILFREDO ENCARCNACION,

Defendant.

No. 19-CR-118 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the Government's 404(b) notice must be disclosed by June 10, 2020, and all 3500 material as well as both the Government and Defendant's trial exhibits no later than June 26, 2020. Pretrial submissions shall be submitted by June 17, 2020 and any responses by June 24, 2020. The final pre-trial conference is scheduled for July 1, 2020 at 11:00 a.m. Trial in this matter is scheduled to begin on July 6, 2020. Time is excluded to July 6, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED.

Dated: December 16, 2019
New York, New York

Ronnie Abrams
United States District Judge