

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jesus Wilfredo Encarnacion*, 19 Cr. 118 (RA)

Dear Judge Abrams:

      The Government writes on behalf of the parties to respectfully request an adjournment of the sentencing of the defendant, Jesus Wilfredo Encarnacion, which is currently scheduled for April 24, 2020, in light of the COVID-19 pandemic. We respectfully propose an adjournment of approximately 30 days for the sentencing and all related deadlines. Defense counsel, Sarah Baumgartel, Esq., joins in this request.

| | |
|---|---|
| Application granted. The sentence is adjourned to June 12, 2020 at 2:30 p.m.<br><br>SO ORDERED.<br><br>_____<br>Ronnie Abrams, U.S.D.J.<br>April 6, 2020 | Respectfully submitted,<br><br>GEOFFREY S. BERMAN<br>United States Attorney<br><br>By:  /s/ Kimberly J. Ravener<br>David W. Denton, Jr.<br>Kimberly J. Ravener<br>Assistant United States Attorneys<br>(212) 637-2744/-2358 |

cc:  Sarah Baumgartel, Esq.

1