UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/15/2020
```

UNITED STATES OF AMERICA,

v.

JESUS WILFREDO ENCARNACION,

Defendant.

No. 19-cr-118 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for Wednesday, May 20, 2020 at 2:00 p.m. to address the issues raised in the parties' recent letters regarding the disclosure and use of Dr. Kleinman's report for sentencing. Dkt. 63, 66, 67.

No later than Monday, May 18, the parties shall notify the Court whether (i) Mr. Encarnacion intends to waive his presence pursuant to Federal Rule of Criminal Procedure 43(b)(3), and (ii) the parties would prefer the conference to take place by telephone or video.

SO ORDERED.

Dated:   May 15, 2020
         New York, New York

Ronnie Abrams
United States District Judge