**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

May 15, 2020

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

    Re:   *United States v. Jesus Encarnacion*,
           19 Cr. 118 (RA)

Dear Judge Abrams,

    I write in response to the Court's order dated May 15, 2020 scheduling a conference in this matter. Unfortunately, I am not available on the afternoon of May 20, 2020. I will not be at work that afternoon due to a previously scheduled medical appointment. I am available at the same time (or any time after 1 PM) on Tuesday, May 19; Thursday, May 21; or Friday, May 22. I am also available earlier in the day on Thursday and Friday, if any of those times are convenient for the Court. Mr. Encarnacion does not waive his presence at the conference; it is my understanding that the MDC can make defendants available by telephone or video conference. Finally, the defense respectfully requests that the conference take place by telephone (which should hopefully be easier to coordinate with the jail and provide for greater flexibility in scheduling the conference).

                                        Respectfully submitted,
                                        /s/ Sarah Baumgartel
                                        Sarah Baumgartel, Esq.
                                        Assistant Federal Defender
                                        52 Duane Street, 10th Fl.
                                        New York, NY 10007
                                        T: (212) 417-8772
                                        Sarah_Baumgartel@fd.org

cc: AUSA Kimberley Ravener (by ECF)

The conference scheduled for May 20, 2020 is adjourned to Tuesday, May 26, 2020 at 10:30 a.m. The conference will take place by telephone. The dial-in information is as follows:
    Call-In Number: (888) 363-4749        Access Code: 1015508
The Court will coordinate Mr. Encarnacion's appearance with the MDC.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 15, 2020