# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

May 26, 2020

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Re:  *United States v. Jesus Encarnacion*,
     19 Cr. 118 (RA)

Dear Judge Abrams,

Application granted. The sentence is adjourned to June 25, 2020 at 11:00 a.m. and will be held by video conference.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 26, 2020

I write to request a two-week adjournment of Jesus Encarnacion's sentencing, which is set for June 12, 2020. The parties have a conference scheduled before the Court on June 2, 2020 to address an issue relating to Dr. Kleinman. Under the current schedule, the defense sentencing submission would be due this week, before that issue is resolved. I am requesting this brief adjournment so that this issue can be resolved before we make our sentencing submission, in case it impacts that submission. I have conferred with the government and I understand that they do not object to this adjournment.

Finally, with respect to scheduling, counsel respectfully requests that the sentencing not be adjourned for significantly longer than two weeks. I am pregnant and anticipate beginning leave in August 2020. I have represented Mr. Encarnacion since the outset of this case and would like to afford him continuity of counsel through his sentencing. I have conferred with Mr. Encarnacion regarding this matter and understand that he would consent to a telephonic sentencing if the courts have not resumed normal operations by the time of his sentencing.

Respectfully submitted,
/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
52 Duane Street, 10th Fl.
New York, NY 10007
T: (212) 417-8772

cc: AUSA Kimberley Ravener (by ECF)