# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2020

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** **United States v. Jesus Wilfredo Encarnacion, 19 Cr. 118 (RA)**

Dear Judge Abrams:

I write to request an extension of the deadline for the defense sentencing submission in the above-captioned case, which is due tomorrow, June 11, 2020. Sentencing is currently scheduled for June 25, 2020.

Ms. Baumgartel has a health issue and is unable to file the sentencing submission tomorrow. I will update the Court in one week regarding when Ms. Baumgartel will be able to file her submission and whether she will need an adjournment of the sentencing date.

I thank the Court for its time and attention to this matter.

Respectfully Submitted,
/s/
Jennifer L. Brown
Attorney-in-Charge
Federal Defenders of New York
cell: 646-763-1420

cc: AUSA Kimberly Ravener (by email)
    AUSA David Denton (by email)

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 10, 2020