**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2020

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Jesus Wilfredo Encanacion
      19 Cr. 118 (RA)

Dear Judge Abrams:

We are recently assigned within the Federal Defenders to represent Jesus Wilfredo Encarnacion at his sentencing because his former attorney, Sarah Baumgartel, is on medical leave. We write to respectfully request that the Court adjourn Mr. Encarnacion's sentencing until the first week of August. The adjournment is necessary for us to adequately prepare for the proceeding, and to accommodate the parties' schedules.

Should the Court schedule the proceeding for the first week of August, we request that the sentencing proceed remotely, as previously planned.

The government takes no position on this request.

Respectfully submitted,
/s/
Annalisa Mirón, Esq.
Sylvie Levine, Esq.
Federal Defenders of New York

cc:   Counsel of record

Application granted. Mr. Encarnacion's sentencing is adjourned to August 6, 2020 at 11:00 a.m. The proceeding will take place remotely by videoconference, as previously planned.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 29, 2020