USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JESUS WILFREDO ENCARNACION,

Defendant.

No. 19-CR-118

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall video sentence is scheduled for Tuesday August 11, 2020 at 11:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated:   August 6, 2020
         New York, New York

Ronnie Abrams
United States District Judge