| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-10-20 |

UNITED STATES OF AMERICA

            Plaintiff,

            v.

JESUS WILFREDO ENCARNACION
a/k/a "Jihadistsoldgier"
a/k/a "Jihadinhear"
a/k/a "Jihadinheart"
a/k/a "Lionofthegood,"

            Defendant.

19-CR-118 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Sentencing is scheduled for tomorrow, Tuesday, August 11, 2020 at 11:00 am. At the sentencing hearing, the parties shall be prepared to address the necessity and appropriateness of the Court imposing special conditions of supervised release akin to those imposed by Judge Weinstein in *United States v. Ceasar*, 388 F. Supp. 3d 194 (E.D.N.Y. 2019), as reflected on pages 223 and 224 of that opinion.

SO ORDERED.

Dated:    August 10, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge