UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JESUS ENCARNACION,

              Defendant.

No. 19-CR-118

ORDER

RONNIE ABRAMS, District Judge:

      The Court is in receipt of a letter from Defendant Jesus Encarnacion, proceeding *pro se*, alleging that he is not being provided adequate mental health treatment despite his repeated requests. *See* Dkt. No. 90. Mr. Encarnacion asks that the Court intervene and transfer him to a "more suitable facility." *Id.* He further alleges that his correctional facility has denied him access to Administrative Remedy forms, which prevents him from "report[ing] … instances deemed unfair, unconstitutional, and against policy." *Id.*; *see* 28 C.F.R. § 542.10 *et seq.*

      Accordingly, it is hereby ORDERED that the Government file a responsive letter no later than July 12, 2024, including an update as to the status of Mr. Encarnacion's mental health treatment and his access to Administrative Remedy forms.

Dated: New York, New York
       June 28, 2024

                                                    THE HONORABLE RONNIE ABRAMS
                                                    UNITED STATES DISTRICT JUDGE